FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2080-W |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> |
| v. | ) Title 8, U.S.C., Sec. 1325 -<br>) Illegal Entry (Misdemeanor); |
| RITA MUNOZ-PINON, | ) Title 8, U.S.C., Sec. 1325 -<br>) Illegal Entry (Felony) |
| Defendant. | ) |

The United States Attorney charges:

<u>Count 1</u>

On or about June 2003, within the Southern District of California, defendant RITA MUNOZ-PINON, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

WMC:jam:Imperial
6/19/08

## Count 2

On or about May 20, 2008, within the Southern District of California, defendant RITA MUNOZ-PINON, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 19, 2008 .

KAREN P. HEWITT
United States Attorney

*[signature]*

W. MARK CONOVER
Assistant U.S. Attorney