AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA


FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RITA MUNOZ-PINON | CASE NUMBER: 08CR2080-W |

I, <u>RITA MUNOZ-PINON</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  6/19/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Rita Munoz Pinon_
Defendant

_D Lee_
Counsel for Defendant

Before _____
Judicial Officer