1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5

6  Attorneys for Ms. Munoz-Pinon

7

8                   UNITED STATES DISTRICT COURT

9                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE THOMAS J. WHELAN)**

11 UNITED STATES OF AMERICA,        )   Case No. 08CR2080-TJW
                                    )
12              Plaintiff,          )
                                    )
13 v.                               )
                                    )   **NOTICE OF APPEARANCE**
14 **RITA MUNOZ-PINON,**            )
                                    )
15              Defendant.          )
                                    )
16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney,

19 replacing Linda Lopez, in the above-captioned case.

20                                      Respectfully submitted,

21 Dated: July 1, 2008                  *s/ Bridget Kennedy*
                                        Federal Defenders of San Diego, Inc.
22                                      *bridget_kennedy@fd.org*

23

24

25

26

27

28

1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Ms. Munoz-Pinon

7

8                         UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE THOMAS J. WHELAN)**

11 UNITED STATES OF AMERICA,       )   Case No. 08CR2080-TJW
                                   )
12            Plaintiff,           )
                                   )
13 v.                              )   PROOF OF SERVICE
                                   )
14 **RITA MUNOZ-PINON,**           )
                                   )
15            Defendant.           )
   _____)
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: July 1, 2008                          *s/ Bridget L. Kennedy*
                                                **BRIDGET L. KENNEDY**
23                                              Federal Defenders of San Diego, Inc.,
                                                225 Broadway, Suite 900
24                                              San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
25                                              (619) 687-2666  (fax)
                                                e-mail:bridget_kennedy@fd.org
26

27

28